1

2

3          **IN THE UNITED STATES DISTRICT COURT**

4              **FOR THE DISTRICT OF ARIZONA**

5   IN RE BARD IVC FILTERS          No. MD-15-02641-PHX-DGC
    PRODUCTS LIABILITY LITIGATION

6                                   **SHORT FORM COMPLAINT**
                                    **FOR DAMAGES FOR INDIVIDUAL**
7                                   **CLAIMS**

8          Plaintiff(s) named below, for their Complaint against Defendants named below,

9   incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

10  Plaintiff(s) further show the Court as follows:

11         1.     Plaintiff/Deceased Party:

12                 Charles Cates
           _____

13         2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14                consortium claim:

15                 NA
           _____

16         3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17                conservator):

18                 NA
           _____

19         4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20                the time of implant:

21                 Missouri
           _____

22

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

     Arkansas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

     Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

     Northern District of Oklahoma, Tulsa Division

8. Defendants (check Defendants against whom Complaint is made):

    ☒    C.R. Bard Inc.

    ☒    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐    Recovery® Vena Cava Filter

    ☐    G2® Vena Cava Filter

€   G2® Express (G2®X) Vena Cava Filter

€   Eclipse® Vena Cava Filter

€   Meridian® Vena Cava Filter

€   Denali® Vena Cava Filter

€   Other: _____

11.   Date of Implantation as to each product:

   12/01/2010_____

   _____

12.   Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:      Strict Products Liability – Manufacturing Defect

   X   Count II:     Strict Products Liability – Information Defect (Failure to

        Warn)

   X   Count III:    Strict Products Liability – Design Defect

   X   Count IV:     Negligence - Design

   X   Count V:      Negligence - Manufacture

   X   Count VI:     Negligence – Failure to Recall/Retrofit

   X   Count VII:    Negligence – Failure to Warn

   X   Count VIII:   Negligent Misrepresentation

   X   Count IX:     Negligence *Per Se*

   X   Count X:      Breach of Express Warranty

   X   Count XI:     Breach of Implied Warranty

   X   Count XII:    Fraudulent Misrepresentationmber 16, 2010

-3-

X    Count XIII:  Fraudulent Concealment

X    Count XIV:  Violations of Applicable (Insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count XV:  Loss of Consortium

☐    Count XVI:  Wrongful Death

☐    Count XVII: Survival

X    Punitive Damages

☐    Other(s):    _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _14_ th day of __February__, 20_19_.

MCSWEENEY/LANGEVIN LLC

By: _/s/ David M. Langevin_____

      David M. Langevin
      Rhett A. McSweeney
      2116 2nd Avenue South
      Minneapolis, MN 55404
      Attorneys for Plaintiff(s)